IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

JONATHAN H. OLIPHANT　　　　　　　　　CASE NO.: 19-80979-CRJ-7
SSN: xxx-xx-4699
MARY E. OLIPHANT　　　　　　　　　　　　CHAPTER 7
SSN: xxx-xx-4205

　　　　　Debtors.


## MOTION FOR AUTHORIZATION TO CONDUCT §341 MEETING OF CREDITORS BY MEANS OF A POWER OF ATTORNEY

COMES NOW the Debtors, JONATHAN H. OLIPHANT and MARY E. OLIPHANT, and move this Honorable Court to allow JONATHAN H. OLIPHANT to appear for MARY E. OLIPHANT at their §341 Meeting of Creditors and as grounds therefore would show as follows:

1. The Debtors filed their Chapter 7 bankruptcy case on March 29, 2019. Debtors were unable to attend the first setting of their Meeting of Creditors due to illness. Subsequent to the rescheduled Meeting of Creditors, Mary E. Oliphant accepted a position of employment out of state and will not be able to return for the rescheduled Meeting of Creditors.

2. Prior to leaving to begin her new employment, Mary E. Oliphant signed a power of attorney to allow Jonathan H. Oliphant to appear on her behalf at the §341 Meeting of Creditors. Attached hereto as Exhibit "A" is the Special Power of Attorney for Mary E. Oliphant.

3. The Debtors request that this Court enter an Order to allow Jonathan H. Oliphant to appear on behalf of Mary E. Oliphant at their §341 Meeting of Creditors.

WHEREFORE, THE FOREGOING PREMISES, the Debtors, JONATHAN H. OLIPHANT and MARY E. OLIPHANT, move this Honorable Court to enter an Order allowing Jonathan H. Oliphant to appear on behalf of Mary E. Oliphant at their §341 Meeting of Creditors by way of Power of Attorney.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtors
908-C North Memorial Parkway
Huntsville, Alabama 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2019, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

Hon. Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804

And to all Creditors listed on the Debtor's mailing matrix as attached hereto.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 19-80979-CRJ7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Jun 12 09:11:19 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
| ARS National Services, Inc.<br>PO Box 469046<br>Escondido, CA 92046-9046 | Allied Interstate<br>PO Box 1954<br>Southgate, MI 48195-0954 | Alltran Financial, LP<br>PO Box 722929<br>Houston, TX 77272-2929 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Barclays<br>P.O. Box 60517<br>City of Industry, CA 91716-0517 | CBNA/Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Capital Management Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206-2317 | Citi Cards<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 | Citibank<br>PO Box 6286<br>Sioux Falls, SD 57117-6286 |
| Client Services, Inc.<br>PO Box 1503<br>Saint Peters, MO 63376-0027 | Convergent Outsourcing, Inc.<br>PO Box 9004<br>Renton, WA 98057-9004 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | Firstsource Advantage, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 | Fox Collection Center<br>P.O. Box 528<br>Goodlettsville, TN 37070-0528 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Nathan & Nathan P.C.<br>P.O. Box 1715<br>Birmingham, AL 35201-1715 | Nationwide Credit, Inc.<br>P.O. Box 14581<br>Des Moines, IA 50306-3581 |
| Nelnet - Dept. of Education<br>PO Box 740283<br>Atlanta, GA 30374-0283 | Radiology of Huntsville<br>2006 Franklin St. SE, Ste. 200<br>Huntsville, AL 35801-4537 | SYNCB/Wal-Mart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| State Farm Insurance<br>Insurance Support Center<br>PO Box 588002<br>North Metro, GA 30029-8002 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Dept of ED/Great Lakes<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 |
| United Collection Bureau<br>PO Box 140310<br>Toledo, OH 43614-0310 | Verizon<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | G. John Dezenberg Jr.<br>Dezenberg & Smith, PC<br>908-C N Memorial Parkway<br>Huntsville, AL 35801-5813 |

| Jonathan H. Oliphant | Mary E. Oliphant | Tazewell Shepard |
| --- | --- | --- |
| 11186 County Road 88 | 11186 County Road 88 | Tazewell Shepard, Trustee |
| Pisgah, AL 35765-8140 | Pisgah, AL 35765-8140 | PO Box 19045 |
| | | Huntsville, AL 35804-9045 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Home Depot | US Bank | (d)US Bank |
| --- | --- | --- |
| P.O. Box 78011 | P.O. Box 790408 | P.O. Box 790408 |
| Phoenix, AZ 85062 | Saint Louis, MO 63179 | Saint Louis, MO 63179-0408 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     1  
Total                  33

STATE OF ALABAMA
COUNTY OF MADISON



# SPECIAL POWER OF ATTORNEY
# FOR MARY E. OLIPHANT

**KNOW ALL MEN BY THESE PRESENTS:** That I, **MARY E. OLIPHANT**, have made, constituted and appointed, and by these presents do make, constitute and appoint, **JONATHAN H. OLIPHANT**, my true and lawful attorney for the special purposes herein enumerated:

1. To attend the Section 341 Meeting of Creditors on my behalf at my joint Chapter 7 Bankruptcy filing and to answer all questions asked therein of my property, debt, and financial affairs. I ratify that his answers are true and correct and I waive the right to attend said hearing in person.

2. To answer any further questions of the Trustee or Creditors or the Court in furtherance of my Chapter 7 filing. I certify that my Attorney herein appointed has full information as to my assets and liabilities as well as other particulars of my financial affairs.

3. To execute any and all documents in furtherance of my individual Chapter 7 Bankruptcy filing including, but not limited to, any amendment to schedules, reaffirmation agreements, consent orders, and any and all other documents that may need my signature and ratification in furtherance of my joint Chapter 7 Bankruptcy proceeding.

**GIVING AND GRANTING** unto my said attorney full power and authority to do and perform all and every act, deed, matter, and thing whatsoever in and about my estate, property and affairs set forth above as fully and effectively to all intents and purposes as I might or could do in my own proper person if personally present, and hereby ratifying all that my said attorney shall lawfully do or cause to be done by virtue of these presents.

And I hereby declare that any act or thing lawfully done hereunder by my said attorney shall be binding on myself, and my heirs, legal and personal representatives, and assigns; whether the same shall have been

done before or after my death, or other revocation of this instrument, unless and until reliable intelligence or notice thereof shall have been received by any person acting in reliance hereon. This Power of Attorney shall not be affected by my subsequent disability, incompetency, or incapacity. This Power of Attorney may be filed of record in any public office.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this the 5th day of June, 2019. Signed in multiple counterparts, each of which is an original, but all of which constitute one and the same instrument.

_____
Witness

_____
Witness

_____
**MARY E. OLIPHANT**
Grantor

## ACKNOWLEDGEMENT

STATE OF ALABAMA

COUNTY OF MADISON

I, the undersigned, do hereby certify that I am a duly commissioned, qualified, and authorized Notary Public in and for the County and State above-listed, and that **MARY E. OLIPHANT**, Grantor of the foregoing Special Power of Attorney, dated this date, and hereto annexed, and who is personally well known to me as the person who executed the foregoing Special Power of Attorney, appeared before me this day, and being first duly sworn, executed said instrument after the contents thereof had been read and duly explained to her, and acknowledged that the execution of said instrument by her was her free and voluntary act and deed for the uses and purposes therein set forth, and the facts as stated therein are true.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal on this 5th day of June, 2019.

_____
NOTARY PUBLIC

My commission expires: _____

My Commission Expires:
October 30, 2019



Prepared By:

G. JOHN DEZENBERG, JR.
DEZENBERG & SMITH, PC
Attorneys At Law
908-C North Memorial Parkway
Huntsville, AL  35801
Phone: (256) 533-5097